BETH ISRAEL HOSPITAL, ET AL.

v.

THE BOARD OF CHOSEN FREEHOLDERS.

October 24, 1988.

Petition for certification denied.